| | | |
|---|---|---|
| STATE OF MISSOURI } | | IN THE CIRCUIT COURT OF RALLS COUNTY |
| } ss | | AT NEW LONDON, MISSOURI |
| COUNTY OF RALLS } | | |

**Roger D. Cottrell** and **Teresa M. Cottrell**, }
      Plaintiffs, }
v. } Cause No.
       }
**American Family Mutual Insurance Company**, }
      Defendant. }

## Petition for Damages

### Count I — Breach of Contract

For Count I of their Petition, Plaintiffs state:

1. Plaintiff Roger D. Cottrell is a resident of Ralls County, Missouri.

2. Plaintiff Teresa M. Cottrell is a resident of Ralls County, Missouri, and is the spouse of Plaintiff Roger D. Cottrell.

3. Defendant American Family Mutual Insurance Company (hereinafter "American Family") is a Wisconsin corporation doing business in the State of Missouri.

4. In consideration of a premium paid by Plaintiffs, Defendant American Family issued an insurance policy, No. 0132-7656-01-63-FPPA-MO which provided coverage for the Ford Escort which was in the wreck described in Count I and therefore Plaintiffs are insured persons under said policy.

5. In consideration of a premium paid by Plaintiffs, Defendant American Family issued an insurance policy numbered 0132-7656-03-69-FPPA-MO which provided coverage for a 2000 Ford Focus and Plaintiffs are insured persons under said policy.

6. In consideration of a premium paid by Plaintiffs, Defendant American Family issued an insurance policy numbered 0132-7656-04-72-FPPA-MO which provided coverage for a 2000 Oldsmobile Alero and Plaintiffs are insured persons under said policy.

7. In consideration of a premium paid by Plaintiffs, Defendant American Family issued an insurance policy numbered 0132-7656-05-75-FPPA-MO which provided

Exhibit B

Petition for Damages
Cottrell, et ux. v. American Family Mutual Ins. Co.

coverage for a 1994 Chevrolet 1500 pickup truck and Plaintiffs are insured persons under said policy.

8.  In consideration of a premium paid by Plaintiffs, Defendant American Family issued an insurance policy numbered 0132-7656-06-78-FPPA-MO which provided coverage for a 1988 Chevrolet Monte Carlo and Plaintiffs are insured persons under said policy.

9.  In consideration of a premium paid by Plaintiffs, Defendant American Family issued an insurance policy numbered 0132-7656-07-81-FPPA-MO which provided coverage for a 1965 Volkswagen Beetle and Plaintiffs are insured persons under said policy.

10.  In consideration of a premium paid by Plaintiffs, Defendant American Family issued an insurance policy numbered 0132-7656-09-87-FPPA-MO which provided coverage for a 2007 Chevrolet Cobalt and Plaintiffs are insured persons under said policy.

11.  Each American Family policy provided that it would "pay compensatory damages for bodily injury which an insured person is legally entitled to recover from the owner or operator of an uninsured motor vehicle."

12.  On October 9, 2014, Plaintiff Roger D. Cottrell was the operator of a 1998 Ford Escort traveling in a northerly direction on U.S. Highway 61 in Pike County, Missouri, at the intersection of said highway and County Route 00.

13.  At the same time, Dwayne E. Baumgarte was the operator of a 1998 Mazda SE which was located on the east side of the same intersection and was headed west.

14.  At the same time, an unidentified operator of a motor vehicle was on the west side of the intersection of Highway 61 and Route 00 in Pike County, Missouri, facing east.

15.  The unidentified motorist is a uninsured motorist under the terms of the American Family policy.

16.  The unidentified motorist motioned for Baumgarte to proceed ahead of him into the intersection, but then the unidentified motorist proceeded into the intersection and made a left turn in front of Baumgarte.

17.  A collision occurred between the Baumgarte vehicle and the vehicle operated by Plaintiff Roger D. Cottrell.

Petition for Damages
Cottrell, et ux. v. American Family Mutual Ins. Co.

18. The unidentified motorist was negligent as follows:
   A. the unidentified motorist failed to keep a careful lookout;
   B. the unidentified motorist failed to yield the right of way;
   C. the unidentified motorist knew or by the use of the highest degree of care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped or slackened speed, but failed to do so;
   D. the unidentified motorist motioned for Baumgarte to enter the intersection when the intersection was not clear;
   E. the unidentified motorist entered the intersection ahead of Baumgarte after motioning Baumgarte to proceed into the intersection.

19. The negligence of the unidentified operator of the motor vehicle caused or contributed to cause Defendant Roger D. Cottrell to sustain the following permanent, progressive, and painful injuries and damages:
   A. A cerebral concussion;
   B. A cervical strain;
   C. Contusions to the face, scalp, back, right arm, and buttocks;
   D. Two chipped teeth and a fracture of another;
   E. Temporomandibular joint injury and dysfunction;
   F. Aggravation of preexisting degenerative joint disease of the lumbar and cervical spine causing bulging disks and spinal cord impingement;
   G. Straightening of the lordotic curvature of the cervical spine;
   H. Headaches;
   I. Bodily pain, discomfort, and stiffness, spasms, loss of sleep, limitation of motion, and impairment of the use and function of the members of his body;
   J. Reasonable and necessary expenses for the services of doctors, physicians, physical therapists, health care providers, and nurses,

Petition for Damages
Cottrell, et ux. v. American Family Mutual Ins. Co.

and for drugs and medications, for x-rays and other diagnostic testing, and other medical treatment and therapy;

K. Loss of past and future income; and

L. His ability to work, labor, and enjoy life have been impaired.

20. The amount in controversy is greater than $25,000.00 and within the jurisdiction of the Circuit Division of this Court.

21. Because of the injuries to her husband Roger D. Cottrell, Plaintiff Teresa M. Cottrell has suffered the loss of the society, consortium, companionship, love, affection, and support of her husband.

22. All conditions precedent to recovery under the policy have been satisfied.

23. Demand for payment was made to Defendant American Family but Defendant American Family has failed and refused to pay any sum and is therefore in breach of the insurance contract.

WHEREFORE, on Count I Plaintiffs request judgment against Defendant American Family for an amount which is fair and reasonable up to $700,000.00, for prejudgment and post judgment interest, and for their costs.

**Count II — Vexatious Refusal to Pay**

For Count II of their Petition, Plaintiffs Roger D. Cottrell and Teresa M. Cottrell state:

24. They restate and incorporate by reference the allegations contained in Count I of their Petition.

25. Through enclosures to a letter dated July 30, 2015, Plaintiffs supplied Defendant American Family with the highway patrol report of the accident which provided evidence of the negligence of the-unidentified motorist.

26. Through enclosures to a letter dated July 30, 2015, Plaintiffs supplied Defendant American Family with contact information for a witness that would supply evidence of the negligence of the unidentified motorist.

27. By enclosures to the letter dated July 30, 2015, Plaintiffs supplied Defendant American Family with evidence of the serious injuries and damages sustained by Plaintiff Roger D. Cottrell, including medical expense and lost income.

Electronically Filed - Rails - February 03, 2017 - 05:13 PM

Petition for Damages
Cottrell, et ux. v. American Family Mutual Ins. Co.

28. In the letter dated July 30, 2015, Plaintiffs made demand of Defendant American Family to pay damages for uninsured motor vehicle coverage.

29. Defendant American Family failed to investigate the facts of the occurrence and failed to consider that Plaintiffs were legally entitled to recover against the unidentified driver.

30. By letter dated September 3, 2015, Defendant American Family's representative Jeannine Bono rejected the demand to pay damages for uninsured motor vehicle coverage.

31. Defendant American Family's refusal to pay damages for uninsured motorist coverage was without reasonable cause or excuse and therefore vexatious.

32. Plaintiffs have incurred fair and reasonable attorney's fees to prosecute this cause of action.

WHEREFORE, on Count II Plaintiffs Roger D. Cottrell and Teresa M. Cottrell request judgment against Defendant American Family Mutual Insurance Company for twenty percent (20%) of the first fifteen hundred dollars ($1,500.00) of the Judgment awarded pursuant to Count I and ten percent (10%) of the amount in excess of fifteen hundred dollars ($1,500.00) of the judgment awarded pursuant to Count I along with reasonable attorney fees and for their costs.

*Branson L. Wood III* (signature)

_____
Branson L. Wood III    MO Bar #26786
One of Attorneys for Plaintiffs    ED of MO #26786MO
1001 Center Street
Hannibal, MO  63401
Office #(573) 221-4255
FAX #(573) 221-7413    BLW:ljm
WoodLaw@sbcglobal.net

\\WOODDATA\Clients\Cottrell, Roger\5829\PLD1\Petition Feb 2017.wpd

Petition for Damages
Cottrell, et ux. v. American Family Mutual Ins. Co.

                                              Templeton & Swedberg, P.C.

                                              /s/ Scott Templeton
                                              _____
                                              Scott Templeton          MO Bar #35880
                                              One of Attorneys for Plaintiffs
                                              P.O. Box K
                                              210 North Elson Street
                                              Kirksville, MO 63501
                                              Phone #(660) 665-5628
                                              FAX #(660) 665-6035
                                              ScottTempleton@sbcglobal.net