# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Roger D. Cottrell, et al )<br>)<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>)<br>American Family Mutual Insurance Company )<br>)<br>Defendant(s). ) | Case No. 4:17-cv-00838 UNA |

## ORDER

The above styled and numbered case was filed on March 6, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable John M. Bodenhausen, United States Magistrate Judge, under cause number 2:17-cv-00012.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-00838 UNA be administratively closed.

GREGORY J. LINHARES<br>CLERK OF COURT

Dated: 3/7/2017          By: Jason W. Dockery
                                                           Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:17-cv-00012 JMB.**