# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| ROGER D. COTTRELL and TERESA M. COTTRELL, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )  CASE NO: 2:17CV12 HEA |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of Defendant and against Plaintiffs.

Dated this 21st day of November, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE